US MAGISTRATE COURT
DS-SDTX
FILED

NOV 17 2008

Michael N Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                Plaintiff

v.                                Case No. 5:08-po-13262-01
                                  Magistrate Judge J. Scott Hacker

Jose Roberto Calles Orellana

                Defendant

## JUDGMENT

On 11/12/08, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering and attempting to enter into the United States at a place other than as designated by the Immigration officers, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 10 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **11/17/08.**

                                                    J. Scott Hacker
                                                    United States Magistrate Judge